UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL MALONE § | |
| (TDCJ No. 1823746), § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | No. 3:16-cv-3447-B-BN |
| § | |
| LORIE DAVIS, Director § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation that Petitioner Paul Malone's motion for leave to proceed *in forma pauperis* be denied. *See* Dkt. No. 6. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Because Petitioner has failed to pay the $5.00 filing fee, the Court **WARNS** him that if the filing fee is not paid by **April 25, 2017** this action will be dismissed without prejudice and without further notice, under Federal Rule of Civil Procedure 41(b), for failure to prosecute.

SO ORDERED.
DATED: APRIL 3, 2017

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE